USDC SCAN INDEX SHEET

WTM 2/2/00 10:03

3:00-CV-00230 ANDERSON V. DANZIG

*1*

*CMP.*

RBB

FILED

00 FEB -1 PM 3:28

DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS ANDERSON, BOB THOMAS J.A. MCCAIN, WAYNE BUSHFAN L. PORTIS, HERSCHEL HORNE TYRONE BREWER, WILLIAM SCOTT R WRIGHT, HAROLD MACK, BRIAN DAVIS, PAUL BOOTH, LYNELL DURGAN, EDDIE GIBSON, N CLAY III, KARL GRAYSON, GREGORY CASTILE, JAMES LYBROAN, ELIJAH SCOTT, RICKY MARTIN CARL MCDAVID, CARL GRAYSON WILLIAM DAVIS, ADRIAN WRIGHT BERNIE BRASHER, WILLIAM WALKER KARYES STOCKDALE, JAMES HAMILTON RUFUS WILLIAMS, HOWARD LOVELACE DENNIS JACKSON, MOSES NUTTER GREGORY LACY, JOE DEANER, JAMES HOOD, DANNY MANSON, C DOUCETTE<br><br>**PLAINTIFFS**<br><br>v.<br><br>HON. RICHARD J. DANZIG, Secretary of the Navy<br><br>**DEFENDANT** | DOCKET NO. 00 CV 0230 TW RBB<br><br>COMPLAINT OF DISCRIMINATION IN FEDERAL EMPLOYMENT<br><br>JURY TRIAL DEMANDED |

## I. NATURE OF CLAIM

(1) This is a proceeding for declaratory and injunctive relief and damages to redress the deprivation of rights secured to the plaintiffs by Title VII of the Civil Rights Act of 1964 (42 U.S.C. Section 2000e, et seq.) Plaintiffs seek a declaratory judgement and injunction to restrain defendants from maintaining practices, policies, customs and usages which discriminate against Plaintiffs and members of their class because of their race and color with respect to hiring, placement, promotions, and other conditions of employment.

## II JURISDICTION

(2) The jurisdiction of this court is invoked pursuant to 28 U.S.C. Section 1331 and 1343(4) and 28 U.S.C. Section 2201 and 2202. Jurisdiction to grant injunctive and declaratory equitable relief as well as damages is invoked pursuant to 42 U.S.C. Section 2000e-5(f) and (g). The amount in controversy exceeds $50,000.00.

## III. CLASS ACTION ALLEGATIONS

(3) Plaintiffs bring this action pursuant to Rule 23(a) and (b) (2) of the federal rules of civil procedure on their own behalf, and on behalf of all other persons similarily situated. The members of this class, which has atleast 46 members are too numerous to be joined in one action. The class is composed of all blacks who were employees at the Naval Air Depot, Naval Air Station, North Island, and who are currently employees at the Naval Air Depot, Naval Air Station, North Island.

(4) Plaintiffs are all blacks employed by the Defendant, Richard J. Danzig, Secretary, Department of the Navy, Agency, NADEP/NASNI in several of its Divisions and Departments, and who upon information and belief, have worked on or are working in lower positions or have earned or are earning lower salaries than similarly or less qualified white employees. Plaintiffs Representatives are qualified and generally able, with experience in Title VII Race, Color Discrimination litigation. For these reasons the plaintiffs will fairly and adequately protect the interest of the Class of this Action for Declaratory and Injunctive relief. Their claims are typical of the claims of the other members of the class. The question of law common to the above described class are whether or not the hiring, placement, salary (including fringe benefits) and promotion practices of the defendants deprive the members of the class of their civil rights secured to them by the law of the United States (42 U.S.C. Section 2000e,et seq.) by denying them positions, salaries and other beneficial working conditions granted to similarly qualified men. The defendants have acted or refused to act, on grounds generally applicable to the class, thereby making appropriate injunctive and declaratory relief.

with respect to the class as a whole.

IV PLAINTIFFS

(5) Plaintiffs are an organization of Representatives and employees dedicated to securing equal employment opportunities.

(6) Plaintiffs are an Unincorporated Association of past and present black employees which was formed in Oct of 1995 to eliminate Discriminatory Employment Practices against blacks. It's membership consists primarily of blacks who have been injured by the Discriminatory policies of the Defendants.

(7) Plaintiff, Bob Thomas, Sheet Metal worker, WG-3806-8,employed by Department of Defense, 15 years, Veteran.

Plaintiff, J.A. McCain, Sheet Metal Mechanic, WG-3806-10, employed by Department of Defense, 20 years.

Plaintiff,Wayne Bushfan, Sheet Metal Mechanic, WG-3806-10, employed by the Department of Defense, 16 years.

Plaintiff, James Hood, Sheet Metal Mechanic, WG-3806-10, employed by the Department of Defense, 16 years.

Plaintiff, Danny Manson, Sheet Metal Mechanic, WG-3806-8, employed by the Department of Defense, 23 years, Union Representative.

Plaintiff, Joe Deaner, Sheet Metal Mechanic, WG-3806-10, employed by the Department of Defense, 17 years.

Plaintiff, Clearance Doucette, Sheet Metal Mechanic, WG-3806-8, employed by the Department of Defense, 30 years, Union Representative.

Plaintiff, L. Portis, Sheet Metal worker, WG-3806-8, employed by the Department of Defense, 17 years.

Plaintiff, Otis Anderson, Sheet Metal Mechanic, WG-3806-10, employed by the Department of Defense, 19 years.

Plaintiff, Herschel Horne, Sheet Metal Mechanic, WG-3806-10, employed by the Department of Defense, 20 years.

Plaintiff, Tyrone Brewer, Sheet Metal Mechanic, WG-3806-10, employed by the Department of Defense, 7 years.

Plaintiff, William Scott, Aircraft Electrician, WG-2892-10, employed by the Department of Defense, 14 years.

Plaintiff, R. Wright, Metals Inspector, WG-3801-10, employed by the Department of Defense, 21 years.

Plaintiff, Harold Mack, Former employee.

Plaintiff, Brian Davis, Sheet Metal Mechanic, WG-3806-10,

employed by the Department of Defense, 16 years.

Plaintiff, Lynell Durgan, Sheet Metal Mechanic, WG-3806-10, employed by the Department of the Defense, 19 years.

Plaintiff, Eddie Gibson, Former employee.

Plaintiff, Nathan Clay III, Sheet Metal Mechanic, WG-3806-10, employed by the Department of Defense, 23 years.

Plaintiff, Karl Grayson, Aircraft worker, WG-8852-8, employed by the Department of Defense, 20 years.

Plaintiff, Gregory Castile, Shot Peening Machine Operator, WG-8852-8, employed by the Department of Defense, 20 years.

Plaintiff, James Lybroan, Machinist, WG-3414-10, employed by the Department of Defense, 17 years.

Plaintiff, Elijah Scott, Machinist, WG-3414-10, employed by the Department of Defense, 20 years.

Plantiff, Ricky Martin Machine Tool Operator, WG-3431-9 employed by the Department of Defense, 3 years.

Plantiff, Carl Mcdavid, Aircraft Mechanic Operator, employed by the Department of Defense, 26 years. WG-8852-10.

Plantiff, William Davis, Shot Peening Machine Operator, WG-3769-8 employed by the Department of Defense, 26 years.

Plantiff, Adrian Wright, Sheet Metal worker, WG-3806-8, employed by the Department of Defense, 17 years.

Plantiff, Bernie Brasher, Former employee.

Plantiff, William Walker, Electroplating Worker, WG-3711-7 employed by the Department of Defense, 23 years.

Plantiff, Karyes Stockdale, Sheet Metal Mechanic, WG-3806-10 employed by the Department of Defense, 21 years.

Plantiff, James Hamilton, Welder, WG-3703-10, employed by the Department of Defense, 22 years.

Plantiff, Howard Lovelace Former employee.

PLantiff, Dennis Jackson, Metalizing Equipment Operator, WG-3707-1C employed by the Department of Defense, 20 years.

Plantiff, Moses Nutter, Material Expeditor, WG-6910-5, employed by the Department of Defense, 15 years.

Plantiff, Gregory Lacy, Materials Expeditor, Wg-6910-5 employed by the Department of Defense, 15 years.

## V DEFENDANT

(8) Defendant, The Department of the Navy Naval Aviation Depot North Island, the largest aerospace employer in SanDiego California with over 3,400 civilian and military employes. Managers alleged to maintain a pattern and pratice of discrimination and reprisal in employment are as follows, Anthony Araiza, Supervisor Field Service, J.J. Guerrero Branch Head of Field Service, Robert Bealo Head of Field Service, Steve Weiss, former Branch Head of Field Service, and Gary Urch, Department Head.

## VI STATEMENT OF CLAIM

(9) Plantiffs allege that the Defendant maintains a pattern of Discrimination in employment on the basis of race and color.

(a) During the period 1990 to 1995 black employees are assigned to less preferential Field Service trips.

(b) Non blacks are given preferential Field Service trips.

(c) Black employees replace non black employees to on station Field Service trips While non blacks "go off station".

(d) Black employees given maximum number of "on base jobs" prior to being assigned of station Field Service jobs.

(e) Black employees removed from Field Service as reprisal for engaging in EEO activity.

(f) During the period 1980 to 1995 black employees being treated differently in terms of promotions as follows.

1. Delay in promotion to Journeyman.
2. Non selection for crew leader.

(g) During the period 1980 to 1995 Discipline

1. Removal/Termination 1993 50% 1994 60%.
2. Miscellaneous Displinary actions.

(h) During the period 1986 to 1995 harassment.

1. Blamed for errors "nit picking" professional opinions disregarded
2. Threathend with Discipline. common practice.

(i) During the period 1980 to 1995 Bias performance appraisal system.

(j) During the period 1990 to 1995 failure of the EEO office and the EEOO to take corrective action once notified of problems blacks were experiencing throughout the NADEP.

(k) Number of black employees removed from Field Service from 1990 to 1995 Due to having engaged in EEO activity, filing of formal complaints, after threats were made by management "all you people filing complaints must be unhappy so we are cleaning house," getting rid of you.

VII PROCEDURAL REQUIREMENTS

Plantiffs filed timely complaints at the Equal Employment Opportunity Commission Office of Federal Operations Washington, D.C. on or about August 25 1998. Plantiffs recieved their right to file a civil action on or about 11-17-1999.

VIII RELIEF

(1) Rule that the matter is properly maintained as a Class Action.

(2) Enter judgment declaring that the acts and practices of the defendant are in violation of the laws of the United States and the state of California.

(3) Issue a permanant injunction.

(a) Requiring defendant to abolish race Discrimination within and among its Departments, Divisions and positions with regard to Field Service jobs, Delay in promotions, Non Selections, Disciplinary Actions, Harassment, Performance Appraisal, and Removal/Termination.

(b) Requiring defendant to prohibit further acts of reprisal against plantiffs.

(c) Requiring defendant to make prospective and retrospective monetary awards to the plantiffs and the members of the class.

(d) Requiring defendant to accord blacks salary, responsibilites and assignments commensurate with their positions.

(e) Requiring defendant to pay plantiffs and members of the class compensatory and punitive damages.

(f) Requiring defendant to refrain from using selection criteria for hiring, promoting and assigning employees that have a differential impact on blacks and which are not validated persuant to 29 C.F.R. 1607.

(4) Grant plantiffs and the class they represent such other and further relief as may be necessary and proper.

(5) Award plantiffs the cost of this action together with reasonable attorneys fees as provided in 706(k) of the civil rights act of 1964, 42 U.S.C. 2000E-5(k).

RESPECTFULLY SUBMITTED

2-1-2000

DATE

PRO PER Otto Anderson

REPRESENATIVE FOR THE PLANTIFFS

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

'00 CV 02[illegible] TW [illegible]

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

OTIS ANDERSON
P.O. 13501
SAN DIEGO, CA 92170

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** S.D.
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**DEFENDANTS**

HON. RICHARD J. DANZIG
SECRETARY OF THE NAVY

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

FILED 00 FEB -1 PM 3:27 [illegible] DEPUTY

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

OTIS ANDERSON
P.O. 13501
SAN DIEGO, CA 92170

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (*U.S. Government Not a Party*)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

TITLE VII

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- XX 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prisoner Conditions

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** 300,000 Check YES only if demanded in complaint: **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 1-30-2000 SIGNATURE OF ATTORNEY OF RECORD Otis Anderson

[illegible]